UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CANDELARIO,<br><br>   Petitioner,<br><br> vs.<br><br>JAMES HARTLEY,<br><br>   Respondent.<br>_____/ | 1:09-cv-001093-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

  IT IS SO ORDERED.

  Dated: **July 13, 2009**     **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE